Adolph M. Spitznass, and Irvin Lang, Plaintiffs-Appellees, and Marion F. Bradley, Petitioner-Appellee, v. Lezern Saylor, and Raymond Montgomery, as County Commissioners of Williamson County, Illinois, and Spencer D. Lorton, Defendants and Respondents-Appellants.

Term No. 51–O–12.

Arthur F. Melvin, and Gordon Franklin, for appellants; Elmer J. Medlin, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full. Opinion filed January 16, 1952; released for publication February 19, 1952.